UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE EXPRESS SCRIPTS HOLDING
COMPANY SECURITIES LITIGATION

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/18

16 CIVIL 3338 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 22, 2018, Defendants' motion to dismiss with prejudice is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
May 22, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk